IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSEPH M. SIMMONS**,

Plaintiff,

Case No. 1:09-CIV-787 WJ/WDS

v.

**WALGREEN CO., et al.**

Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

      THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed June 4, 2010, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

                                                                         W. DANIEL SCHNEIDER
                                                                         UNITED STATES MAGISTRATE JUDGE